JOHN G. SACCO, APPELLEE, V.
CYNTHIA A. SACCO, APPELLANT.
318 N.W.2d 712

Filed April 23, 1982. No. 81-701.

Thomas R. Wolff, for appellant.

Jerry L. Pettit, for appellee.

Submitted without oral argument. KRIVOSHA, C.J., BOSLAUGH, MCCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.